1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                          EASTERN DISTRICT OF CALIFORNIA

7

8   LONNIE L. HODGES,                    )
                                         )   CIV. S-04-2535 GEB KJM
9                  Plaintiff,            )
                                         )
10      v.                               )   ORDER CONTINUING STATUS
                                         )   (PRETRIAL SCHEDULING)
11  COUNTY OF SHASTA; CITY OF REDDING;   )   CONFERENCE
    LARRY F. MOTY Chief of Polica;       )
12  JIM POPE, Shasta County Sheriff;     )
    DEPUTY PAT LANHAM; OFFICER ZUFALL;   )
13  OFFICER FREDRICK; OFFICER BEEMAN;    )
    CORPORAL BULLINGTON; OFFICER         )
14  MAGLEBY; OFFICER ZALES; OFFICER      )
    ZALESNY; OFFICER WILKES; OFFICER     )
15  SCHULTZ; OFFICER MORAVEC; OFFICER    )
    FREDRICK; OFFICER OSTROWSKI;         )
16  Doe Officers 1-15, inclusive,       )
                                         )
17                 Defendants.           )
    ──────────────────────────────────── )

18

19          The Order to Show Cause ("OSC") filed March 18, 2005,

20  continued the Status (Pretrial Scheduling) Conference in this action

21  to May 9, 2005, and required the parties to file a joint status report

22  no later than April 25, 2005.  Although no joint status report was

23  filed as required, on March 29, 2005, Plaintiff's counsel filed a

24  Response to Order to Show Cause in which he stated "We have now . . .

25  effected service.  The parties are in the process of preparing the

26  Joint Statement and request a two week postponement of the Pretrial

27  Conference [sic] so we may adequately comply."  (Response to OSC at

28  2.)  Therefore, the Status (Pretrial Scheduling) Conference is

                                    1

1    continued to June 6, 2005, at 9:00 a.m.  A joint status report shall

2    be filed no later than May 23, 2005.[1]

3              IT IS SO ORDERED.

4    Dated:  April 27, 2005

5

6                              /s/ Garland E. Burrell, Jr.
                              GARLAND E. BURRELL, JR.
7                              United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25        [1]   The failure of one or more of the parties to
     participate in the preparation of the jJoint status report does
26   not excuse the other parties from their obligation to timely file
     a status report in accordance with this Order.  In the event a
27   party fails to participate as ordered, the party timely
     submitting the status report shall include a declaration
28   explaining why it was unable to obtain the cooperation of the
     other party or parties.