IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE L. HODGES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COUNTY OF SHASTA; JIM POPE, Shasta ) <br> County Sheriff; and DEPUTY PAT ) <br> LANHAM; ) <br> ) <br> Defendants. ) <br> _____ ) | CIV. S-04-2535 GEB KJM <br><br><br><br> <u>ORDER</u> |

The Order to Show Cause filed in this case on June 1, 2005, will not be pursued.

Dated: July 8, 2005

<u>/s/ Garland E. Burrell, Jr.</u>
GARLAND E. BURRELL, JR.
United States District Judge

1