UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNIE L. HODGES,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF SHASTA; CITY OF REDDING; LARRY F. MOTY Chief of Polica; JIM POPE, Shasta County Sheriff; DEPUTY PAT LANHAM; OFFICER ZUFALL; OFFICER FREDRICK; OFFICER BEEMAN; CORPORAL BULLINGTON; OFFICER MAGLEBY; OFFICER ZALES; OFFICER ZALESNY; OFFICER WILKES; OFFICER SCHULTZ; OFFICER MORAVEC; OFFICER FREDRICK; OFFICER OSTROWSKI;<br><br>  Defendants. | CIV. S-04-2535 GEB KJM<br><br>ORDER |

        The portion of the Status (Pretrial Scheduling) Order filed June 30, 2005, which dismissed Defendants City of Redding, Larry F. Moty, Officer Zufall, Officer Fredrick, Officer Beeman, Corporal Bullington, Officer Magleby, Officer Zales, Officer Zalesny, Officer Wilkes, Officer Schultz, Officer Moravec, Officer Fredrick, and Officer Ostrowski is vacated since Plaintiff states in an objection to the Status Order that these defendants were served on July 1, 2005.

        IT IS SO ORDERED.

Dated: July 11, 2005

        /s/ Garland E. Burrell, Jr.
        GARLAND E. BURRELL, JR.
        United States District Judge