**GARY BRICKWOOD, State Bar No. 94892**
**MONIQUE GRANDAW, State Bar No. 162451**
BRICKWOOD LAW OFFICE
1135 Pine Street, Suite 210
Redding, CA 96001
(530) 245-1877
(530) 245-1879 (fax)

Attorneys for Defendants, COUNTY OF SHASTA, JIM POPE, PAT LANHAM, CITY OF REDDING, LEONARD MOTY (erroneously sued herein as LARRY F. MOTY), Officer REBECCA ZUFALL, Officer KRISTEN FREDRICK, Officer JASON BEEMAN, Corporal WALT BULLINGTON, Officer BRIAN MAGLEBY, Officer MATT ZALESNY, Officer GREG WILKES, Officer DAVID SCHULZ (erroneously sued herein as Officer Schultz), Sergeant STEVE MORAVEC, and Sergeant JOHN OSTROWSKI

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONNY L. HODGES,  Plaintiff,  vs.  COUNTY OF SHASTA; CITY OF REDDING; LARRY F. MOTY, Chief of Police; JIM POPE, Shasta County Sheriff, Deputy PAT LANHAM; Officer ZUFALL; Officer FREDRICK; Officer BEEMAN Corporal BULLINGTON; Officer MAGLEBY; Officer ZALES, Officer ZALESNY; Officer WILKES Officer SCHULTZ; Officer MORAVEC; Officer FREDRICK; Officer OSTROWSKI; DOES OFFICERS 1-15, inclusive,  Defendants. _____/ | Case No. CIV.S-04-2535 GEB KJM  **STIPULATION FOR ENTRY OF A PROTECTIVE ORDER** |

Plaintiff has requested discovery of certain materials contained in the personnel file of defendant Police Officer MATTHEW ZALESNY which includes the Internal Affairs Investigation of a complaint against Officer Zalesny arising out of an earlier incident. Defendants have agreed to produce the Internal Affairs Investigation

**Stipulation for Entry of A Protective Order; Order**                                    **1**

on the condition that the disclosure shall be subject to a protective order that defendants shall not distribute the Internal Affairs Investigation materials to anyone and shall return those materials upon the conclusion of this lawsuit as more fully set forth in the attached proposed order.

The parties hereby stipulate that the court may enter the attached proposed order and that it shall be effective from this date forward.

DATED: February 21, 2006.        BRICKWOOD LAW OFFICE


                                        /s/ MONIQUE GRANDAW
MONIQUE GRANDAW
Attorneys for Defendants

DATED: February 9, 2006.


                                        /s/ LARRY LAVERNE BAUMBACH
LARRY LAVERNE BAUMBACH
Attorneys for Plaintiff


**PROTECTIVE ORDER**

The Court has reviewed the Stipulation for a Protective Order and good cause appearing makes the following Order:

IT IS ORDERED:

To plaintiff LONNY L. HODGES, your agents, employees, attorneys and anyone acting on your behalf, YOU ARE ORDERED AS FOLLOWS:

1. You may not copy, duplicate or reproduce any part of the Internal Affairs Investigation arising out of the complaint against Zalesny as referred to in response to plaintiff's Request for Production of Documents Set No. 1, Request No. 20, except as necessary to exchange information between the parties to these proceedings or

their respective attorneys or agents during the pendency of this case.

2. You may not convey, transfer, publish or distribute the documents or information in the Internal Affairs Investigation or authorize another to do so except between the parties to the proceedings or their respective attorneys or agents during the pendency of this case.

YOU ARE FURTHER ORDERED to return all copies of the Internal Affairs Investigation provided to you at the final conclusion of the present proceeding to the attorney for the City of Redding and Zalesny in this action, Gary Brickwood, at 1135 Pine Street, Suite 210, Redding, California 96001.

DATED: March 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

**Stipulation for Entry of A Protective Order; Order**                            **3**