IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNY HODGES,

      Plaintiff,                                  No. CIV S 04-2535 GEB KJM

     vs.

COUNTY OF SHASTA, et al.,

      Defendants.                  <u>ORDER</u>

_____/

        Plaintiff's motion to compel came on regularly for hearing July 26, 2006. Larry Baumbach appeared telephonically for plaintiff. Monique Grandaw appeared for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT FINDS AND ORDERS AS FOLLOWS:

        1. The motion to compel against defendants City of Redding and County of Shasta is denied.

/////

/////

/////

/////

/////

2. The motion to compel against defendants Bullington, Zufall and Zalesny is granted in part.  No later than ten days from the date of this order, each defendant shall respond to interrogatory nos. 6 and 13, limited to the past five years and to claims of excessive force.

DATED: August 16, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

006
hodges.oah