```
                   IN THE UNITED STATES DISTRICT COURT

                 FOR THE EASTERN DISTRICT OF CALIFORNIA

LONNIE L. HODGES,                )
                                 )     2:04-cv-2535-GEB-KJM
             Plaintiff,          )
                                 )
        v.                       )
                                 )     ORDER
COUNTY OF SHASTA, et al.,        )
                                 )
             Defendants.         )
_____)
```

Defendants shall respond to Plaintiff's letter, filed January 22, 2007, no later than Monday, January 29, 2007.

IT IS SO ORDERED.

Dated: January 23, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge