IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| LONNIE L. HODGES,<br><br>                Plaintiff,<br><br>   v.<br><br>COUNTY OF SHASTA, et al.,<br><br>                Defendants. | 2:04-cv-2535-GEB-KJM<br><br><br><br><u>ORDER</u> |

On February 1, 2007, the parties filed a Stipulation and Proposed Order Pending Settlement ("Stipulation"), requesting "that the current deadline to submit trial briefs and a stipulation regarding disputed evidentiary issues [be] suspended" because the parties "have reached a tentative settlement" which may or may not be approved on February 13, 2007. (Stip. at 3, 1.) These documents are presently required to be filed twenty (20) court days before trial. The Stipulation further stated that "[t]he current dates for submission of jury instructions and proposed voir dire of fifteen court days before trial shall remain, and the trial date shall remain as scheduled for March 20, 2007." (<u>Id.</u>) Since the Stipulation indicates the parties' settlement efforts do not prevent them from

filing documents fifteen (15) court days before trial, the parties are not required to file trial briefs and a stipulation regarding disputed evidentiary issues until fifteen (15) court days before trial.

IT IS SO ORDERED.

Dated:  February 2, 2007

```
_____
GARLAND E. BURRELL, JR.
United States District Judge
```