1  **GARY BRICKWOOD, State Bar No. 94892**
   **MONIQUE GRANDAW, State Bar No. 162451**
2  BRICKWOOD LAW OFFICE
   1135 Pine Street, Suite 210
3  Redding, CA 96001
   (530) 245-1877
4  (530) 245-1879 (fax)

5  Attorneys for Defendants, COUNTY OF SHASTA,
   CITY OF REDDING, PAT LANHAM, REBECCA ZUFALL
6  WALTER BULLINGTON and MATTHEW ZALESNY

7  **LARRY LAVERNE BAUMBACH, State Bar No. 50086**
   Law Offices of Larry L. Baumbach
8  686 Rio Lindo Avenue
   Chico, CA 95926
9  (530)891-6222
   (530)893-8245 fax
10
   Attorney for Plaintiff
11 LONNY L. HODGES

12

13                    UNITED STATES DISTRICT COURT

14                  FOR THE EASTERN DISTRICT OF CALIFORNIA

15 LONNY L. HODGES,                    Case No. CIV.S-04-2535 GEB KJM

16        Plaintiff,                   **ORDER DISMISSING ALL CAUSES OF ACTION WITH PREJUDICE**

17 vs.

18 COUNTY OF SHASTA; CITY OF REDDING;
   LARRY F. MOTY, Chief of Police; JIM
19 POPE, Shasta County Sheriff, Deputy
   PAT LANHAM; Officer ZUFALL; Officer
20 FREDRICK; Officer BEEMAN Corporal
   BULLINGTON; Officer MAGLEBY;
21 Officer ZALES, Officer ZALESNY;
   Officer WILKES Officer SCHULTZ;
22 Officer MORAVEC; Officer FREDRICK;
   Officer OSTROWSKI; DOES OFFICERS 1-
23 15, inclusive,

24        Defendants.
                                        /
25

26     Since the parties request this action be dismissed with prejudice

27 in a "Stipulation and Request" filed February 20, 2007, this action

28 ///

---

**ORDER DISMISSING ALL CAUSES OF ACTION WITH PREJUDICE**                          1

1 | is dismissed with prejudice.

2 | Dated: February 21, 2007

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```